```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

GERALD AND DONNA PHILLIPS      *        CIVIL ACTION

VERSUS                         *        NO: 07-4890

R. DAVID PAULISON, ET AL       *        SECTION: "D"(2)
```

### ORDER AND REASONS

Upon the joint motion of Plaintiffs, Gerald and Donna Phillips, and Defendant, R. David Paulison, the court signed an Order dismissing Defendant, R. David Paulison, without prejudice. (*See* Order, Doc. No. 19, entered on 12/27/07). Accordingly, the court **DISMISSES AS MOOT** the **Motion for Summary Judgment (Doc. No. 12)** filed by Defendant Paulison and set for hearing on January 16, 2008.

New Orleans, Louisiana, this **11th** day of **January**, **2008**.

                                    _____
                                           A.J. McNAMARA
                                    UNITED STATES DISTRICT JUDGE